JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-00126 DLJ |
|    Plaintiff, | NOTICE OF DISMISSAL; **ORDER** |
| v. | |
| NABIL MUNASAR AL ZOQARI and MOHAMMED A. ALDHUFRI, | |
|    Defendants. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the charges against Nabil Munasar Al Zoqari and Mohammed A. Aldhufri in Count One of the superseding indictment in the above captioned matter.

DATED:                                   Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      /s/
                                      KESLIE STEWART
                                      Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: August 6, 2008

                                      D. LOWELL JENSEN
                                      United States District Court

NOTICE OF DISMISSAL
CR 07-00126 DLJ