RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorneys for Defendant
MOHAMMED ALDHUFRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-00126-DLJ |
| Plaintiff, | |
| vs. | STIPULATION TO RETURN DEFENDANT **MOHAMMED ALDHUFRI'S** PASSPORT |
| HASSAN SWAID, et al., | |
| Defendants. | |

GOOD CAUSE SHOWN, based on the dismissal of criminal charges as to defendant MOHAMMED ALDHUFRI, IT IS HEREBY ORDERED that the Clerk, United States District Court, hereby release defendant's Yemen passport to him.

Dated:  August 18, 2008

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
MOHAMMED ALDHUFRI

Dated: August 18, 2008

/s/ Keslie A Stewart
KESLIE A. STEWART
Assistant United States Attorney

SO ORDERED:

Dated: August 19, 2008

D. LOWELL JENSEN
U.S. District Court Judge